IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

| | |
|---|---|
| CHRISTOPHER EVERETT,<br><br>Plaintiff,<br>v.<br><br>CASEY MARTIN, Jailer,<br>Independence County Jail, *et al.*<br><br>Defendants. | No. 1:19-cv-00113-JJV |

## JUDGMENT

Consistent with the Orders of dismissal that have been entered previously and on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED, all relief sought is denied, and judgment is entered in favor of Defendants. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the Orders of dismissal would not be taken in good faith

SO ORDERED this 13th day of October 2021.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE